

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-22-00130-CV

L.T. RUNELS, JR., APPELLANT

V.

TAX LOANS USA, LTD., APPELLEE

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. 2019-534,715, Honorable Edward Lee Self, Presiding

May 20, 2022

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, L.T. Runels, Jr., proceeding pro se, filed a notice of appeal from the trial court's judgment without paying the requisite filing fee. By letter of April 21, 2022, the clerk of this court notified appellant that the filing fee was overdue and that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by May 2 would result in dismissal of the appeal. To date, appellant has not paid the filing fee or sought leave to proceed without payment of court costs.

Because appellant has failed to comply with a requirement of the appellate rules and a notice from the clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam